# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 22-0333V

|  |  |
|---|---|
| TIMOTHY SHRUM,<br><br>                      Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                      Respondent. | Chief Special Master Corcoran<br><br>Filed: November 28, 2023 |

*Leah VaSahnja Durant, Law Offices of Leah V. Durant, PLLC, Washington, DC, for Petitioner.*

*Naseem Kourosh, U.S. Department of Justice, Washington, DC, for Respondent.*

### DECISION AWARDING DAMAGES[1]

On March 28, 2022, Timothy Shrum filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered Guillain-Barré syndrome ("GBS") as a result of an influenza ("flu") vaccine administered to him on September 21, 2020. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 11, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for GBS. On November 27, 2023, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $273,687.90 (comprised of $175,000.00 in pain and suffering and $98,687.90 in lost wages). Proffer

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

at 1. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $273,687.90 (comprised of $175,000.00 in pain and suffering and $98,687.90 in lost wages) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| TIMOTHY SHRUM,<br><br>      Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH<br>AND HUMAN SERVICES,<br><br>      Respondent. | No. 22-333V (ECF)<br>Chief Special Master Corcoran |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On March 28, 2022, Timothy Shrum ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 (2018) (the "Vaccine Act"). Petitioner alleged that he suffered Guillain Barré Syndrome as a result of of an influenza vaccine. ECF No. 1 (Petition) at 1.

On April 11, 2023, the Chief Special Master issued a Ruling on Entitlement, finding that petitioner is entitled to compensation. ECF No. 18. On the same date, the Chief Special Master issued a damages order. ECF No. 19.

**I.     Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $273,687.90 in damages, consisting of $175,000.00 in pain and suffering and $98,687.90 in lost wages, which represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

**II.    Form of the Award**

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner be made through a lump

sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following: a lump sum payment of **$273,687.90**, in the form of a check payable to petitioner.[1]

                                                                     Respectfully submitted,

                                                                       BRIAN M. BOYNTON  
                                                                       Principal Deputy Assistant Attorney General

                                                                       C. SALVATORE D'ALESSIO  
                                                                       Director  
                                                                       Torts Branch, Civil Division

                                                                       HEATHER L. PEARLMAN  
                                                                       Deputy Director  
                                                                       Torts Branch, Civil Division

                                                                       ALEXIS B. BABCOCK  
                                                                       Assistant Director  
                                                                       Torts Branch, Civil Division

                                                                       <u>/s/ Naseem Kourosh</u>  
                                                                       NASEEM KOUROSH  
                                                                       Trial Attorney  
                                                                       Torts Branch, Civil Division  
                                                                       U.S. Department of Justice  
                                                                       P.O. Box 146, Benjamin Franklin Station  
                                                                       Washington, D.C. 20044-0146  
                                                                       Telephone: (202) 305-1159  
                                                                       E-mail: Naseem.Kourosh@usdoj.gov

DATED:  November 27, 2023

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future pain and suffering, and future lost wages.